Thomas Edwin **ALLEN**

v.

**HENRY EVERS, INC.**

No. 79–290–A.

Supreme Court of Rhode Island.

Nov. 16, 1979.

James P. Flynn, North Kingstown, for appellant.

Chisholm & Feldman, Howard L. Feldman, Providence, for appellee.

### ORDER

The employee's motions to remand and to hold the filing of his brief in abeyance are denied.

John **ALTIERI** et al.

v.

John **DOLAN** et al.

No. 79–248–A.

Supreme Court of Rhode Island.

Nov. 16, 1979.

Temkin, Merolla & Zurier, Amedeo C. Merolla, Barry J. Kusinitz, Providence, for plaintiffs.

Thomas L. Marcaccio, Jr., Providence, for defendants.

### ORDER

The defendants' motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is assigned to the motion calendar for Friday, December 7, 1979 at 9:30 a. m. for oral argument.

Aldo **ABATECOLA**

v.

**Deborah J. ABATECOLA.**

No. 79–195–A.

Supreme Court of Rhode Island.

Nov. 16, 1979.

Aram K. Berberian, Cranston, for appellant.

### ORDER

The motion of Joseph W. Baxter to withdraw as counsel for the wife is granted.